```
 1  STEVEN W. MYHRE
    Acting United States Attorney
 2
    GREG ADDINGTON
 3  Nevada State Bar #6875
    Assistant United States Attorney
 4  100 West Liberty Street, Suite 600
    Reno, Nevada 89501
 5  (775) 784-5438
    (775) 784-5181 – facsimile
 6  Greg.Addington@usdoj.gov
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:17-cv-0302-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO ADMIT GOVERNMENT ATTORNEY DAVID McILWAIN** |
| NEVADA CEMENT COMPANY, INC. | |
| Defendant. | |

THE ACTING UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of David McIlwain to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney. A complaint has been filed in this action wherein Mr. McElwain is identified as a counsel of record.

Mr. McIlwain is a member in good standing of the Bar of New Hampshire (Bar # 1694). Since 1981, Mr. McIlwain has been an attorney employed by the United States Department of Justice. He currently holds the position of Trial Attorney, Environment and Natural Resources Division, Environmental Enforcement Section, and his office is located in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting David McElwain to practice before this Court during the period of his employment by the United States as an attorney.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney


　/s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: May 12, 2017

_____

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY (DAVID McELWAIN) has been made through the Court's CM/ECF electronic filing and notification system on all system participants on today's date. May 12, 2017.

                                                    /s/ Greg Addington
                                                  GREG ADDINGTON