STEVEN W. MYHRE
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar #6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
(775) 784-5181 – facsimile
Greg.Addington@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA CEMENT COMPANY, INC.<br><br>Defendant. | 3:17-cv-0302-MMD-WGC<br><br><br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY STEVEN O'ROURKE** |

THE ACTING UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Steven O'Rourke and to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney. A complaint has been filed in this action wherein Mr. O'Rourke is identified as a counsel of record.

Mr. O'Rourke is a member in good standing of the Bar of the Commonwealth of Massachusetts (Bar # 565493). Since 1993, Mr. O'Rourke has been an attorney employed by the United States Department of Justice. He currently holds the position of Attorney, Environment and Natural Resources Division, Environmental Enforcement Section, and his office is located in Washington, D.C.

1

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Steven O'Rourke to practice before this Court during the period of his employment by the United States as an attorney.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

  /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: May 12, 2017

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY (STEVEN O'ROURKE) has been made through the Court's CM/ECF electronic filing and notification system on all system participants on today's date. May 12, 2017.

                                        /s/ Greg Addington
                                        GREG ADDINGTON