JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID L. McILWAIN
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, N.W., PHB Building
Telephone: (202) 514-1544
Facsimile: (202) 514-0097
E-mail: David.McIlwain@usdoj.gov

DAYLE ELIESON
United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
400 South Virginia Street
Suite 900
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 3:17-cv-00302-MMD-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | FIRST AMENDMENT TO THE |
| v. | ) | CONSENT DECREE |
| | ) | |
| NEVADA CEMENT COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, the United States of America, on behalf of the United States Environmental Protection Agency (herein "U.S. EPA" or "EPA") and Nevada Cement Company ("Nevada Cement Company") are parties to a Consent Decree filed with this Court on October 4, 2017 ("Consent Decree");

WHEREAS, the Consent Decree presently in effect requires Nevada Cement Company to install "selective non-catalytic reduction controls" ("SNCR Control Technology" or "SNCR") to achieve an unspecified degree of NOx emissions reductions within a specified timeframe;

WHEREAS, the Parties now wish to amend the Consent Decree to address newly available technology that can achieve more certain, faster, and likely \greater $NO_x$ emission reductions than SNCR Control Technology, which the Parties have agreed to address through revisions to certain paragraphs in the Consent Decree dealing with permissible NOx emission control technology, and other related provisions;

WHEREAS, the Parties desire to amend the Consent Decree to make clear that Nevada Cement Company has the option to install and utilize either Catalytic Filter Bags or SNCR Control Technology;

WHEREAS, the Consent Decree specifies that the Court retains continuing jurisdiction for the purpose of enforcing and modifying the Consent Decree;

WHEREAS, Paragraph 100 (Section XXII) of the Consent Decree provides that any material modifications to the Consent Decree shall be agreed to in writing by the EPA and Nevada Cement Company, and shall be effective only upon approval by the Court;

WHEREAS, the EPA and Nevada Cement Company have each reviewed and hereby consent to this First Amendment to the Consent Decree;

WHEREAS, the Parties recognize that this First Amendment to the Consent Decree has been negotiated by the Parties in good faith and that this First Amendment to the Consent Decree is fair, reasonable, and in the public interest.

NOW, THEREFORE, the EPA and Nevada Cement Company hereby agree that the Consent Decree shall remain in full force and effect in accordance with its terms, except as set forth in this First Amendment, which shall become effective upon entry by this Court.

## AMENDED CONSENT DECREE PROVISIONS

This First Amendment to the Consent Decree amends paragraph 8(n) of Section III (Definitions) and adds a new definition. It also amends paragraphs 11 and 12 in Section V (NOx Control Technology, Emission Limits and Monitoring Requirements). Finally, it makes amendments to Appendix A (Test-And-Set Protocol For NOx Emission Limit) in paragraph 1 of Section I (Scope and Applicability), paragraph 2 of Section II (CEMS Installation and Operation), and paragraph 2 of Section III (Baseline Collection Period).

## AMENDMENTS TO SECTION III: DEFINITIONS

1. The following definition of "Catalytic Filter Bags with Ammonia Injection" or "Catalytic Filter Bags" is to be added to paragraph 8 in alphabetical order:

    "Catalytic Filter Bags with Ammonia Injection" or "Catalytic Filter Bags" shall mean a filter with a unique embedded catalyst structure, enabling a single bag to remove NOx and dust in a single step process when ammonia is injected into the baghouse.

3

2. The definition of "Control Technology" or "NOx Control Technology" in Paragraph 8(n) is amended and superseded to read as follows:

"Control Technology" or "NOx Control Technology" shall mean Catalytic Filter Bags with Ammonia Injection, Selective Non-Catalytic Reduction or Low-$NO_x$ Burner technology;

**AMENDMENTS TO SECTION V: $NO_x$ CONTROL TECHNOLOGY, EMISSION LIMITS AND MONITORING REQUIREMENTS**

3. <u>NOx Control Technology and Emissions Limits.</u> Paragraph 11 of Section V is amended and superseded to read as follows:

11. Defendant shall install and Continuously Operate either SNCR Control Technology or Catalytic Filter Bags with Ammonia Injection on each Kiln to reduce $NO_x$ emissions. If Defendant elects to install Catalytic Filter Bags;

   a. Defendant shall collect baseline NOx emissions data for the first 90 days of the baseline collection period as required under Section III of Appendix A and, within 30 days of the end of such 90-day period, shall propose to EPA a 30-Day Rolling Average Emission Limit for NOx equal to a 50% reduction in the mean of the 30-Day Rolling Average Emission Rates calculated from the 90 days of baseline emissions data.

      i. The 30-Day Rolling Average Emission Limit for $NO_x$ for each Kiln shall be based upon an analysis of CEMS data and clinker production data collected during the 90-day period.

ii. Hours or days when there is no Kiln Operation may be excluded from the calculation. However, Defendant shall provide an explanation in its proposal to EPA for any data excluded.

b. If Defendant elects to utilize Catalytic Filter Bags, Defendant shall install Catalytic Filter Bags on each Kiln, and comply with the 30-Day Rolling Average Emission Limit for NOx by April 1, 2019. If EPA disapproves the Proposed 30-Day Rolling Average Emission Limit for NOx, Defendant shall comply with Defendant's proposed 30-Day Rolling Average Emission Limit for NOx pending the resolution of any dispute resolution process that ensues.

c. If Defendant elects to install Catalytic Filter Bags, the remaining paragraphs of this Section V and Appendix A (except for Sections II and III) shall not apply.

d. Defendant may, after installation of the Catalytic Filter Bags, elect to forego use of Catalytic Filter Bags and to install SNCR Control Technology instead. Defendant must provide written notice of such election by April 1, 2019.

e. If Defendant elects to forego use of Catalytic Filter Bags per paragraph 11.d., Defendant shall comply with the terms and conditions of Paragraphs 12 - 21 of Section V and the requirements of Appendix A to establish 30-Day Rolling Average Emission Limits for $NO_x$ applicable to each Kiln in lieu of the 30-Day Rolling Average

Emission Limit for $NO_x$ submitted by Defendant in paragraph 11.a. In such case, Defendant shall not be obligated to meet the 30-Day Rolling Average Emission Limit for $NO_x$ submitted by Defendant in paragraph 11.a.

4. <u>SNCR Control Technology.</u> Paragraph 12 of Section V is amended and superseded to read as follows:

   12. If Defendant elects to install SNCR Control Technology, Defendant shall comply with all terms and conditions of Paragraphs 12 - 21 of Section V and the requirements of Appendix A, including the timeframes, drafting submittals and complying with protocols set forth in Appendix A, to establish 30-Day Rolling Average Emission Limits for $NO_x$ applicable to each Kiln.

**AMENDMENTS TO SECTION XIX: NOTICES**

5. <u>Notification to EPA by USPS Mail.</u> Paragraph 95 of Section XIX is amended by striking the address for EPA headquarters and inserting:

   "When submitting documents by carrier such as Federal Express or UPS use the following address (preferred):

   Phillip Brooks
   Director, Air Enforcement Division
   U.S. Environmental Protection Agency
   Attn: Shaun Burke, Room 2119B
   William Jefferson Clinton Building South
   1200 Pennsylvania Ave. NW
   Washington, D.C. 20004

   When submitting documents through the U.S. Mail (do not send electronic media – the x-ray machine will destroy it):

6

Phillip Brooks
Director, Air Enforcement Division
U.S. Environmental Protection Agency
Attn: Shaun Burke, Room 2119B
William Jefferson Clinton Building South
1200 Pennsylvania Ave. NW
Washington, D.C. 20460"

## AMENDMENTS TO APPENDIX A TO CONSENT DECREE:

## TEST-AND-SET PROTOCOL FOR NOX EMISSION LIMIT

## AMENDMENT TO SECTION I: SCOPE AND APPLICABILITY

6. Paragraph 1 of Section I of Appendix A is amended and superseded to read as follows:

1. If the Defendant does not install Catalytic Filter Bags, or elects to forgo use of the Catalytic Filter Bags pursuant to 11.d. and e., then the Defendant shall comply with the requirements contained in this Appendix A regarding installation and optimization of selective non-catalytic reduction technology ("SNCR") and, if necessary, Low $NO_x$ Burners ("LNB") in establishing 30-Day Rolling Average Emission Limits for $NO_x$ for Kiln 1 and Kiln 2 at the Facility. If the Defendant installs Catalytic Filter Bags then only Section II and Section III of this Appendix applies.

7

## AMENDMENT TO SECTION II: CEMS INSTALLATION AND OPERATION

7. Paragraph 2 of Section II of Appendix A is amended and superseded to read as follows:

    2. Defendant shall install an Ammonia CEMS on Kilns 1 and 2 in conjunction with the installation of the $NO_x$ CEMS pursuant to Paragraph II.1 of this Appendix. The Ammonia CEMS shall be operated whenever the $NO_x$ CEMS is used during baseline testing and the test-and-set processes, as applicable.

## AMENDMENT TO SECTION III: BASELINE COLLETION PERIOD

8. Paragraph 2 of Section III of Appendix A is amended and superseded to read as follows:

    2. The Baseline Collection Period shall begin within 30 days after installation of Ammonia CEMS and certified NOx CEMS on each Kiln. The duration of the Baseline Collection Period shall last for either 90 Days, if Defendant elects to install Catalytic Filter Bags with ammonia injection, or 120 Operating Days if Defendant elects to install SNCR, and be undertaken during periods of Kiln Operation.

Dated and entered this __30th__ Day of __October, 2018__.

UNITED STATES DISTRICT COURT JUDGE
District of Nevada

**Signature Page to the First Amendment to the Consent Decree in *United States v. Nevada Cement Company***

FOR PLAINTIFF UNITED STATES OF AMERICA:

_____  Date: 8/10/18
JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


_____  Date: 8/15/18
DAVID L. McILWAIN
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-1544 (Tel.)
(202) 514-0097 (Fax)
David.McIlwain@usdoj.gov

**Signature Page to the First Amendment to the Consent Decree in** *United States v. Nevada Cement Company*

FOR PLAINTIFF UNITED STATES OF AMERICA:

DAYLE ELIESON
United States Attorney, District of Nevada


__s/ Greg Addington_____    Date:    ____14 August 2018_____
GREG ADDINGTON
Assistant United States Attorney
U.S. Attorney's Office
400 South Virginia Street
Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov

**Signature Page to the First Amendment to the Consent Decree in** *United States v. Nevada Cement Company*

FOR THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY:

*(signed)* Rosemarie A. Kelley                    Date: 7/26/18
ROSEMARIE A. KELLEY
Director, Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency

*(signed)* Phillip A. Brooks                    Date: 7/18/18
PHILLIP A. BROOKS
Director, Air Enforcement Division
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency

*(signed)* Robert G. Klepp                    Date: 7/11/18
ROBERT G. KLEPP
Attorney, Air Enforcement Division
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency

**Signature Page to the First Amendment to the Consent Decree in** *United States v. Nevada Cement Company*

FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY
REGION 9:

_____ Date: 7/16/18
MICHAEL STOKER *[signed: M Deborah Jordan]*
Regional Administrator *[Acting Regional Administrator]*
U.S. Environmental Protection Agency, Region 9
75 Hawthorne Street
San Francisco, California 94105


_____ Date: 7/11/18
DAVID KIM
Attorney
Office of Regional Counsel

**Signature Page to the First Amendment to the Consent Decree in *United States v. Nevada Cement Company***

FOR DEFENDANT NEVADA
CEMENT COMPANY:

_/s/ Ben Bufmack_                            Date: 7-9-18

Ben Bufmack
President
Nevada Cement Company
I-80 at Exit 46. P.O. Box 840.
Fernley, NV 89408-0840

The following is the name and address of Defendant Nevada Cement Company's agent for service pursuant to Paragraph 106.

        Ben Bufmack
        President
        Nevada Cement Company
        I-80 at Exit 46. P.O. Box 840.
        Fernley, NV 89408-0840